# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

     *v.*

## CRIMINAL COMPLAINT
**(Electronically Submitted)**

*PHILIP ALEJANDRO POWERS*

**CASE NUMBER:** MJ-21-04310-001-PCT-CDB

    I, the undersigned, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

    On or about May 27, 2018 to May 28, 2018, in the Prescott National Forest, in the District of Arizona, upon lands owned, controlled, and under the partial jurisdiction of the United States, the defendant, **PHILIP ALEJANDRO POWERS**, having kindled and caused to be kindled, a fire in and near a forest, timber, and other inflammable material, did leave said fire without totally extinguishing the same, permitted and suffered said fire to burn and spread beyond his control, and left and suffered said fire to burn unattended.  This fire that the defendant set was referred to as the Sycamore Fire.

    In violation of Title 18, United States Code, Section 1856.

### COUNT 2

    On or about May 27, 2018 to May 28, 2018, in Coconino National Forest, in the District of Arizona, an area within the National Forest System, the defendant, **PHILIP ALEJANDRO POWERS**, did unlawfully build, maintain, and attend a fire when prohibited to do so by order. This fire that the defendant built, maintained, and attended was referred to as the Taylor Fire.

    In violation of Title 36, Code of Federal Regulation, Sections 261.1, 261.1b, & 261.52(a) and Title 18, United States Code, Section 3571(b)(6).

### COUNT 3

    On or about May 27, 2018 to May 28, 2018, in Coconino National Forest, in the District of Arizona, an area within the National Forest System, the defendant, **PHILIP ALEJANDRO POWERS**, did unlawfully build, maintain, and attend a fire when prohibited to do so by order. This fire that the defendant built, maintained, and attended was referred to as the Sycamore Fire.

    In violation of Title 36, Code of Federal Regulation, Sections 261.1, 261.1b, & 261.52(a) and Title 18, United States Code, Section 3571(b)(6).

## COUNT 4

On or about May 27, 2018 to May 28, 2018, in Prescott National Forest, in the District of Arizona, an area within the National Forest System, the defendant, PHILIP ALEJANDRO POWERS, did unlawfully build, maintain, and attend a fire when prohibited to do so by order. This fire that the defendant built, maintained, and attended was referred to as the Sycamore 2 Fire.

In violation of Title 36, Code of Federal Regulation, Sections 261.1, 261.1b, & 261.52(a) and Title 18, United States Code, Section 3571(b)(6).

## COUNT 5

On or about May 27, 2018 to May 28, 2018, in Coconino National Forest, in the District of Arizona, an area within the National Forest System, the defendant, PHILIP ALEJANDRO POWERS, did unlawfully cause timber, trees, brush, and grass to burn, without a permit, in that he caused the Taylor Fire.

In violation of Title 36, Code of Federal Regulation, Sections 261.1, 261.1b, & 261.5(c) and Title 18, United States Code, Section 3571(b)(6).

## COUNT 6

On or about May 27, 2018 to May 28, 2018, in Coconino National Forest, in the District of Arizona, an area within the National Forest System, the defendant, PHILIP ALEJANDRO POWERS, did unlawfully cause timber, trees, brush, and grass to burn, without a permit, in that he caused the Sycamore Fire.

In violation of Title 36, Code of Federal Regulation, Sections 261.1, 261.1b, & 261.5(c) and Title 18, United States Code, Section 3571(b)(6).

## COUNT 7

On or about May 27, 2018 to May 28, 2018, in Coconino National Forest, in the District of Arizona, an area within the National Forest System, the defendant, PHILIP ALEJANDRO POWERS, did unlawfully cause timber, tress, brush, and grass to burn, without a permit, in that he caused the Sycamore 2 Fire.

In violation of Title 36, Code of Federal Regulation, Sections 261.1, 261.1b, & 261.5(c) and Title 18, United States Code, Section 3571(b)(6).

I further state that I am a Sworn Law Enforcement Officer with the United States Forest Service, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN.**

Continued on the attached sheet and made a part hereof:   ☒   Yes   ☐   No

-2-

REVIEWED BY: */s AUSA Paul V. Stearns*

__X__  Pursuant to 28 U.S.C. §1746(2), I declare
that the foregoing is true and correct.

Michael O'Neil, LEO, USFS
Complainant's Name and Title

__X__  Sworn by Telephone

_____
Date/Time

_____
Complainant's Signature          Date

10/6/2021

_____
Flagstaff, Arizona
City and State

**Camille D. Bibles**

Digitally signed by
Camille D. Bibles
Date: 2021.10.06
16:23:08 -07'00'

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

The undersigned, USFS Law Enforcement Officer Michael O'Neil, states under oath as follows:

1.     I am employed by the United States Forest Service (USFS) and am station in Sedona, Arizona. I am currently assigned as a Law Enforcement Officer, and I normally patrol in the area of the Red Rock Ranger District in the Coconino National Forest. I am a graduate of the Federal Law Enforcement Training Center for the Land Management Police Training Program. I have over 20 years of law enforcement experience with the National Park Service and USFS. Among other things, I have training and experience in the investigation of fires and other resource crimes in the National Forests and National Parks. As part of my duties, I routinely patrol (including hiking) in remote areas of the National Forests.

2.     The information contained in this affidavit is from my personal knowledge, as well as information from others set forth further below. Because this affidavit is being made to establish probable cause, I have not listed every fact known regarding this investigation.

## INTRODUCTION

3.     This case involves three forest fires that were intentionally caused and set by Philip Alejandro Powers (POWERS) in the Coconino National Forest and in the Prescott National Forest, in the District of Arizona, on or about May 27, 2018 to

May 28, 2018.  In short, POWERS went on what he intended to be a day hike in a National Forest.  According to POWERS, his intended hike would have been approximately 17 miles long in a relatively remote and rugged area of the National Forest.  POWERS was ill prepared for the hike (e.g., insufficient equipment and planning), he got lost (which extended the distance of the hike), and he ran out of water.  POWERS said he brought about 100 ounces of water with him on the hike, and he hoped to find water on the hike.  However, he found no water sources available on the hike.  Thus, he ran out of water and started to get dehydrated.

4.      During his hike, POWERS admittedly started three separate "signal" fires:  the "Taylor Fire," which was started in the Coconino National Forest, the "Sycamore Fire," which was started in the Prescott National Forest, and the "Sycamore 2 Fire," which was started in the Prescott National Forest.  The fires caused timber, trees, brush, and/or grass to burn.

5.      With respect to the Sycamore Fire in particular, POWERS did not properly attend to or extinguish the fire, and it got out of control.  POWERS was eventually picked up by a helicopter responding to the forest fire that POWERS created.  The fire suppression costs incurred by the United States Forest Service exceeded $500,000.00.

6.      At the time the fires were set, both the Coconino National Forest and the Prescott National Forest were in Stage 2 fire restrictions, which meant that fires were prohibited.  Stage 2 fire restrictions also meant that the forests were extremely

dry at the time POWERS started his hike.  Additionally, POWERS did not have a permit from the United States Forest Service to start any of the fires.

## Investigation

7.      On May 28, 2018, at about 1028 hours, I was informed by the Coconino National Forest Fire Dispatch Center of a fire on the Red Rock Ranger District, in the area of the Sycamore Wilderness area, in the Coconino National Forest, in the District of Arizona. At about 1153 hours, I received a phone call from USFS Law Enforcement Officer (LEO) Gerald Parker, who reported that a male subject was being flown out of the Sycamore Fire area and was going to be turned over to an ambulance at the Sedona Airport.  Officer Parker asked if I could contact the individual and see if he had any information about the origin of the fire.

8.      On May 28, 2018, I arrived at the Sedona Airport just prior to the arrival of the helicopter and contacted the Sycamore Fire Incident Commander, Travis Mayberry. Mayberry informed me that the fire was about 10 acres in size and growing, and that the only person firefighters had located was the male on the helicopter. I contacted the ambulance staff who agreed that I could enter the ambulance when the patient arrived.

## Interviews with Powers

9.      The helicopter arrived, and a male patient identified as POWERS was taken off and walked to an ambulance.  I entered the ambulance while emergency medical technicians (EMT) began checking POWERS' welfare.  I introduced myself

- 3 -

and explained to POWERS that I was there because he was in an area of a fire. I asked if he had any idea what happened with the fire. POWERS said, "It was me." POWERS stated that he had packed enough water for a hike but lost the trail about four miles before the end of the loop. POWERS said that made the hike longer than he had expected. POWERS said something to the effect of a 17-mile hike being turned into a 20-something mile hike. POWERS said he did not have enough water, and he tried using his phone to call for help but it died on him. POWERS said he lost the trail and had to go back to the Taylor Cabin. POWERS said his feet were not working, and he was cramping. POWERS said he had to spend the night at the Taylor Cabin, and he was "fresh out of water." POWERS said the only thing he had to drink at the cabin was coconut oil, and he had to drink his own urine. POWERS said he lit the fire as his last resort, so hopefully someone would come and find him. POWERS said he did not want to start the fires. The EMTs completed their initial assessment and drove POWERS to the hospital in Sedona, Arizona.

10.    I re-contacted POWERS at the Sedona Hospital on May 28, 2018. After some introductory discussions – POWERS was not under arrest and was not in handcuffs – I read POWERS the Miranda warning and asked him questions about the fire. In summary, POWERS stated as follows:

a.    POWERS said that he started the hike at the trailhead, and he brought a full pack of water. He said it was a 17.8-mile hike. POWERS said he was

expecting a spring or a creek but did not find anything.  He said everything was dried up.

      b.    POWERS said he came to the trailhead on Saturday (May 26, 2018), set up camp, and stayed the night in the parking lot.  He started the hike at about 6:30 am on Sunday morning (May 27, 2018).    POWERS said he hiked to the Taylor Cabin.  POWERS stated that he had lost the trail about two miles after the Taylor Cabin.  POWERS said he looked for about 30-40 minutes for the trail but could not locate it.  At that point POWERS realized that "shit was getting real," and he did not have enough water.  He said it was about 4:00 p.m.  POWERS agreed that it was still the heat of the day, and he said he only had four miles to go. POWERS said he had enough water to make that hike.

      c.    POWERS then said he had to "double back," saying there was "no way."  He could not find the trail.  POWERS said it was about two miles back to the cabin, and he had to spend the night there.  He said it was about 6:00 pm by this time.

      d.    POWERS said he saved a little water for the morning.  He said he ate some coconut oil (that someone had left at the cabin) and some peanut butter and jelly (also that someone had left at the cabin).

      e.    POWERS said that his calves were cramping up all night.  He said he was in pain all night and did not get much sleep.  POWERS explained that there was a rattlesnake in the cabin, and he had to kill it.  POWERS started in the

cabin and then ended up in a hammock outside the cabin. POWERS used sleeping bags someone had left at the cabin in attempt to get some sleep.

f.      POWERS said he had saved a mango and two "cutie" oranges, and that was his breakfast this morning (May 28, 2018). POWERS ate the fruit, along with peanut butter and jelly, and he took the coconut oil.

g.      POWERS added that on the way back to the cabin, he was trying to use his phone to text for help and call 911. He was not getting signal on his phone. POWERS said his battery was low, only about 20%, and that he periodically tried to use his phone. After about three tries, his phone died.

h.      POWERS said he was trying to make it to the Doggie trailhead, hoping to find some people there. POWERS said he could not make it there. He was collapsing, his legs were cramping, he was sweating, and he was out of breath. POWERS said he stopped sweating, and then had to stop and sit in the shade. That is when he realized he was "done."

i.      POWERS said he decided to start a fire, make some smoke, and hoped one of the planes flying over would see the smoke and call for help. POWERS said that fortunately someone did see the fire, and rescue came but he had all this "camo" on. (POWERS was wearing green camouflaged pants and a t-shirt. His backpack was also camouflaged.) POWERS later said he used orange underwear, and he waived it on a stick. POWERS said he did not think the helicopter actually saw him, but they found him.

j.     POWERS said he dropped his pack about 20 minutes back from where he was located.  POWERS described his backpack as camouflaged, with a KBAR belt and machete.

k.     I asked POWERS how he started the fire.  POWERS stated that after he returned to Taylor Cabin, he lit the first fire (the Taylor Fire) with a lighter. He said he started the first fire while at the cabin.  POWERS said he waited in the shade for about an hour but was not getting anywhere. The Taylor Fire – which POWERS referred to as the "cabin fire" – went out.

l.     POWERS said he then hiked up the trail to higher ground.  He said he went about 200 yards down and started a second fire (the Sycamore Fire). POWERS said he saw a plane circle twice.

m.     POWERS said he started three fires, one at the cabin and two on the trail.

n.     I asked POWERS if he tried to make a rock ring or remove material around.  POWERS said no, and that he tried to get all the "dead stuff together" because the first fire did not create enough smoke.  POWERS said he was putting dead stuff near a dead standing tree.  POWERS said he was hoping the tree would light up and send up some smoke.

o.     Concerned for his life, POWERS lit a second fire (the Sycamore Fire) with his lighter in an attempt to signal for help at about 9:00 am.  After an hour, POWERS said that the fire began to die out.

- 7 -

p.      POWERS left his pack near the origin of the Sycamore Fire, and he continued hiking toward his car. About 20 minutes after POWERS left the Sycamore Fire, he noticed an airplane circling the area where he started a fire (i.e., the Sycamore Fire).  Shortly after that, a helicopter arrived in the area.  POWERS, who was dressed in green camouflage clothing, lit a third fire (the Sycamore 2 Fire) in an attempt to attract the firefighters to his location.  POWERS said that he also waived an orange cloth on his walking stick in attempt to attract the firefighters.  The firefighters located POWERS.  POWERS said he told the firefighters his story.  POWERS was flown to the Sedona Airport and transferred to Sedona Fire Department ambulance staff.

q.      During the interview, I asked POWERS how he started the fires. POWERS stated that he used a lighter. POWERS stated that he had set the fire at Taylor Cabin (the Taylor Fire) hoping that someone would see the fire, but the fire died out. After that did not work, POWERS hiked to another location at a higher point and lit a second fire (the Sycamore Fire). POWERS waited for about an hour at that fire, then left the area after thinking that the fire was dying out.  (The Sycamore Fire did not die out, and it became a large forest fire.)  POWERS hiked to a third location and set another fire (the Sycamore 2 Fire) after seeing aircraft respond to the Sycamore Fire.

r.      POWERS said he collected dead plant material and placed it together to make a larger, smokey and visible fire. POWERS said he chose the site

- 8 -

of the second fire (the Sycamore Fire) because of the dead tree (snag), hoping that the fire would light the snag and that would be more visible. POWERS also chose that area as it was on the edge of the creek and thought that boundary would help keep the fire small.

11.     On May 29, 2018, I received a phone call from POWERS asking about the fire. I provided POWERS with the information that I had about the fires progress, and I asked POWERS about the Sycamore 2 Fire. POWERS stated that he had lit that fire as well, adding that it was the third ignition that we had talked about earlier.

12.     On June 2, 2018, at about 1345 hours, I again interviewed POWERS who again recounted his story. I informed POWERS that he was not under arrest, that he was free to leave at any time, and that he could stop the interview when he wanted. POWERS agreed to answer my questions. POWERS' father was also present for the interview. In summary, POWERS stated as follows:

        a.      POWERS asked for an update on the fire. I provided a general overview of the fire and what I had found when I examined the area.

        b.      I asked POWERS about his plans for the hike. POWERS stated that he had planned for a day hike and was "on pace" until he lost the trail after Taylor Cabin. POWERS stated that he had been using the GPS function of his cell phone for navigation.

c.    I asked POWERS about water purification. POWERS responded that he had packed a water filter. I told POWERS that I had checked his pack and did not locate a filter. POWERS also commented that he had a "life straw" but knew that he had left it out of his pack.

d.    POWERS stated that he had got his hiking information from a book called the "Falcon Guide." He provided a photo of both the book and the trail description from the book on his phone. POWERS sent those photos to me.

e.    I asked POWERS about having a flashlight or head lamp. POWERS stated that he had used the light on his cell phone, and that he did not have a second light source.

f.    I asked POWERS about the trip. POWERS stated that he had got about two miles past Taylor Cabin and lost the trail. At that point, POWERS said he had thought that he only had four miles to go to get back to his vehicle. POWERS said he had anticipated a 17-mile hike. Once his phone died, POWERS lost his GPS, his only communications device, and his only source of light. POWERS said that having to return to the cabin and backtrack made the hike longer than he had planned.

g.    POWERS stated that he had found a trail marker but was not aware of other trails or routes in the area.

h.    I asked POWERS about his hiking history. POWERS stated that he had been hiking for about 10 years. POWERS commented that he is a hunter and fisherman, and that he was preparing for a sheep hunt in Nevada. POWERS stated

that he has hiked in the Camelback area, Rim Lakes around Payson, and was planning a trip to Havasupai.

       i.      POWERS stated that he had been awakened by a rattle snake in the darkness of the cabin at night, and he guessed that the incident took place between 9:00 pm and 10:00 pm.

       j.      POWERS started his hike out on Monday (May 28th) at first light.

       k.      POWERS said he lit the Taylor Fire on Sunday night (May 27th) at about 9:00 pm. He said the fire burned for a while but then died out.

       l.      POWERS said he was mostly out of water by the time he was at Taylor Cabin, and he estimated that he had 16 to 20 oz. of water left in his pack at that time.

       m.      POWERS said he lit the vegetation around the "dead tree," but did not add fuel to that fire. POWERS said he had had hoped that by lighting the dead tree on fire it would be more visible.

       n.      POWERS stated that the fire at the dead tree (the Sycamore Fire) was dying out after about an hour, so he left his pack and started hiking towards the trail head. He then noted an airplane circling the area of what was named the Sycamore Fire.

       o.      POWERS said he used a Bic lighter to start the fires; he kept the lighter in his pocket.

p.   POWERS stated that he had lit the third fire (the Sycamore 2) to get the attention of the people in the helicopter that had responded to the Sycamore Fire. However, POWERS added that he had lit what was eventually called the Taylor fire on the night of May 27, 2018.

## Investigation of the Fire and Related Issues

13.   On May 28, 2018, I contacted Josh Cabral, the Operations Chief on scene at the Sycamore Fire, and asked him to be on the lookout for POWERS' pack. Cabral contacted me later that day and stated that he had found the pack on the side of the trail. Cabral stated that he had the area flagged and told the on-scene firefighters that the area was the suspected general origin of the Sycamore Fire. Cabral also identified a second area where a much smaller fire had burned, which he also flagged as a possible general origin of a fire.

14.   USFS LEO Krista Kuhn and I arrived at the Sycamore Fire on May 29, 2018, at approximately 1100 hours. We located the pack and general origin of the Sycamore Fire, and we conducted a wildfire origin and cause investigation. The cause of the Sycamore Fire was determined to be incendiary, which ignited vegetation at the base of a dead tree (snag) next to the trail. The specific origin area was approximately 6 feet by 8 feet in size and was searched for any evidence. No ignition devices were located such as matches, fireworks, or lighters. This was also consistent with POWERS' report that he had used a lighter and then returned the

lighter to his pocket after each use.  No other possible ignition sources were found (e.g., railroad, powerlines, campfires, lightning, debris burning).

15.    The Sycamore Fire totaled about 230 acres in size.  It was 100% contained on about June 6, 2018. (Note:  Containment simply means that fire lines encircled the area of the fire.  It does not mean the fire was extinguished.)

16.    LEO Kuhn and I also hiked to the location of the Sycamore 2 Fire.  We located it along the trail to the west, about a half-mile away.  Due to the small size of the fire, which was only a few feet in diameter, the general and specific origins were similar to that of the Sycamore Fire.  Burn indicators showed that the fire was set in the bush and primarily limited to that one bush. No ignition sources were located.  Backing and die out indicators were located on the east, south, and west side of the burn. The north side was immediately adjacent to the trail and was bare mineral soil. The cause of the Sycamore 2 Fire was determined to be incendiary. Again, evidence located on the scene of the Sycamore 2 Fire was consistent with POWERS' statements that he had lit a bush on fire with his lighter.  No other possible ignition sources were found (e.g., railroad, powerlines, campfires, lightning, debris burning).

17.    Due to the time of day and distance, I did not hike to the Taylor Fire. Forest Service Firefighter Larry Badger was sent to inspect the Taylor Fire.  Badger took four photographs showing the totality of the tenth of an acre fire, its proximity to the historic Taylor Cabin, and the fire behavior. Based on those photographs and

- 13 -

my interview with Badger, the Taylor Fire was human caused, which burned adjacent to the cabin and in an area of inconsistent finer fuels such as grass and brush. As a result, the fire failed to burn into the adjacent heavier fuels, such as trees and larger bushes. Given the recorded relative humidity, low winds, and temperature, the Taylor Fire was consistent with a fire started at night or early morning.

18.    The photos that POWERS provided identified one of the sources of his information being the Falcon Hiking guidebook to Arizona by Bruce Grubbs. The second photo POWERS provided to me from his cell phone was of page 48 of the guidebook.  It showed hiking information for the "Cabin Loop" located on the Mongolian Ranger District, not the Taylor Cabin Loop on the Red Rock Ranger District where POWERS was rescued from.  According to the information from page 48 of the Falcon Hiking guidebook, the Cabin Loop has several potential water sources, such as springs and draws.  In contrast, POWERS was unable to find any water on the Taylor Cabin Loop.

19.    On May 27, 2018, recorded temperatures were a high of 86 degrees Fahrenheit and a low of 53 degrees Fahrenheit in the Cottonwood, Arizona area.  On May 28, 2018, the recorded temperatures were a high of 91 degrees Fahrenheit and a low of 55 degrees Fahrenheit.  Relative humidity was low on both days – 25 to 30% – and the area had not received significant rain for several weeks.

20.     On May 27, 2018, both the Coconino National Forest and the Prescott National Forests were in fire restrictions at the time of the fires described above. The Coconino National Forest was in Stage 2 Fire Restrictions, which prohibited fires (with few exceptions not applicable here).  The Coconino National Forest had gone into Stage 2 fire restrictions on or about May 4, 2018.  (Order Number 04-18-07-F.)  The Prescott National Forest was also in Stage 2 fire restrictions, which prohibited fires (with few exceptions not applicable here).  The Prescott National Forest had gone into Stage 2 fire restrictions on or about May 21, 2018.  (Order Number 09-247.)  Notices that the forests were in fire restriction were posted on (among other places) the Coconino National Forest and Prescott National Forest websites, at several USFS offices, at numerous trailheads and/or forest access points, and on flashing signs on Interstate 17.

21.     Based on my training, experience, observations, and interviews, POWERS was ill prepared for a hike of this difficulty.  He did not bring an adequate amount of water for a 17-mile plus hike in the high desert during known and posted fire restrictions (which meant the area was very dry), and he did not research the area properly (including the route and the lack of water sources).  Additionally, while he brought a large knife and a machete, he did not bring a back-up light source or back-up navigation.[1]  He also did not bring a back-up communication device or a way to

---

[1] POWERS was also wearing green camouflage clothing, and his backpack was camouflage.

charge his phone (which was also his only light source and the source of his GPS), and he did not bring something like a mirror to use as a signal in case he got lost.

22.    POWERS admittedly started all three fires, which he did during fire restrictions and without a permit.  With respect to the Sycamore Fire in particular, he left that fire without totally extinguishing it.  The fire was left to burn and spread beyond his control, and he left the fire unattended.  POWERS' actions were careless and negligent, especially how he started the fires and how unprepared he was for his "day hike" in the high desert during Stage 2 fire restrictions.

23.    The violations described above occurred on the Coconino and Prescott National Forests within the District of Arizona.  Based on my training and experience, the Coconino and Prescott National Forests are lands owned by, controlled by, and under the partial jurisdiction of the United States of America.

## CONCLUSION

24.    Based on the foregoing, your affiant believes that there is probable cause to support that on or May 27, 2018 to May 28, 2018, the defendant violated federal law under Title 18 of the United States Code and Title 36 of the Code of Federal Regulations.

/////

25.   I am respectfully requesting a summons for POWERS to appear in court

on the charges set forth in the Complaint.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

10/06/2021
_____
Executed on (Date)

_____
Michael O'Neil
Law Enforcement Officer, USFS


 X   Sworn by Telephone


Date/Time: _____

**Camille D. Bibles**          Digitally signed by
                               Camille D. Bibles
                               Date: 2021.10.06
                               16:23:47 -07'00'

Camille D. Bibles
United States Magistrate Judge