**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** October 25, 2021 |
| **USA v. Philip Alejandro Powers** | **Case Number:** 21-04310MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Wayne Venhuizen for Paul V. Stearns
**Attorney for Defendant:** Sarah Kosnoff Erlinder, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**INITIAL APPEARANCE**
☒ Complaint Filed
☒ Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Sarah Kosnoff Erlinder, Assistant Federal Public Defender, on behalf of the defendant.
☒ Defendant states true name to be PHILIP ALEJANDRO POWERS, III.
   Further proceedings ORDERED in Defendant's true name.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**DETENTION HEARING:**    ☐ Held  ☐ Continued  ☒ Submitted  ☐ UA
Court orders the defendant remain released on conditions.
☒ Defendant is advised on the record.  Order Setting Conditions of Release signed.

**Status Hearing** set for Wednesday, December 15, 2021 at 11:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona. (Defendant may appear by telephone/if there is not a resolution, Defendant's appearance may be waived)

| | |
|---|---|
| **Recorded By** Courtsmart | IA   5 min |
| **Deputy Clerk** Christina Davison | DH   5 min |
| | Start:  10:26 am |
| | Stop:   10:36 am |