**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** September 26, 2022 |
| **USA v. Philip Alejandro Powers, III** | **Case Number:** 21-04310MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns
**Attorney for Defendant:** Sarah Kosnoff Erlinder, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**FINAL PRETRIAL CONFERENCE**

Government requests the assistance of the intern from their office to assist with video evidence and not objection by Defense Counsel.  The Court will allow the request.

Parties are requesting to invoke the witness rule.

Witness and Exhibit Lists to be file with the Court on October 31, 2022.  Should parties request assistance with making exhibits, exhibits shall be to the Court by October 27, 2022.

**Recorded By** Courtsmart                                            **FPTC 17 min**
**Deputy Clerk** Christina Davison

                                                                                         **Start:  1:31 PM**
                                                                                         **Stop:   1:48 PM**