# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 21-04310MJ-001-PCT-CDB |
| Plaintiff, | |
| v. | **ORDER ON THE PARTIES' STIPULATIONS** |
| Philip Alejandro Powers III, | |
| Defendant. | |

This case comes before the Court on the parties' first and second stipulations for trial and/or hearings in the above-referenced matter. (Docs. 21 and 24) Upon consideration of the matters, the stipulations (including the relevant exhibits attached and/or submitted thereto) are accepted into evidence in this matter for trial, hearings, sentencing, and/or otherwise. Accordingly,

IT IS HEREBY ORDERED accepting the stipulations and the things and exhibits described therein into evidence for purpose of trial, hearings, sentencing, and/or otherwise.

IT IS FURTHER ORDERED permitting the testimony of Jeff Davison Hardin, MD, via telephone. The defendant's counsel shall make arrangements with the Court's clerk in Flagstaff for Dr. Hardin to testify via telephone.

Dated this 18th day of October, 2022.

Camille D. Bibles
United States Magistrate Judge