**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** November 3, 2022 |
| **USA v. Philip Alejandro Powers, III** | **Case Number:** 21-04310MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns
**Attorney for Defendant:** Sarah Kosnoff Erlinder, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**BENCH TRIAL:**
Trial Day # 2
10:09 a.m.  Court address administrative matters.  Government confirms the entry of exhibit 1 through 9, 11 through 18, 23 and Defense Exhibit #100.  Court orders Findings of Facts and Conclusions due by the close of business on Wednesday, November 9, 2002.
10:14 a.m.  Government rests.
10:15 a.m.  Defense counsel submits Memorandum of Points and Authorities in Support of Defendant's Motion for Judgment of Acquittal as to Count 1.  Moves Court to grant motion
10:17a.m.  Government's response to Memorandum of Points and Authorities in Support of Defendant's Motion for Judgment of Acquittal as to Count 1.  Moves court to deny motion.
10:31 a.m.  Defense's rebuttal to Government's response.
10:33 a.m.  Oral order by the Court denying Memorandum of Points and Authorities in Support of Defendant's Motion for Judgment of Acquittal as to Count 1 at this time.
10:35 a.m.  Defense witness, Philip Alejandro Powers, III, sworn and testified.
11:22 a.m.  Cross examination by Government.
12:01 p.m.  Break
12:56 p.m. Witness returns to the stand.  Cross examination continues by Government.
1:15 p.m.   Redirect by Defense Counsel.  Witness is excused.
1:23 p.m.  Governments closing arguments.
1:39 p.m.  Defense Counsel closing arguments.
1:46 p.m.  Government completes closing arguments.
1:50 p.m.  Future hearing to be scheduled at a later time.
1:52 p.m.  Court is adjourned at the completion of the bench trial.

**Recorded By** Courtsmart                                          **BT**   **2 hrs 48 min**
**Deputy Clerk** Christina Davison

                                                                                **Start:  10:09 am and 12:56 p.m.**
                                                                                **Stop:  12:01 pm and 1:52 pm**