UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

FILED ☐ LODGED
☐ RECEIVED ☐ COPY

NOV 0 2 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☐ Motion to Suppress   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number CR- 21-04310   Judge Code CDB   Date 11/02/2022
          Year  Case No. Deft No.

USA v. Powers III, Philip Alejandro
       Last          First        Middle

☑ Government          ☐ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | Stipulated | 11/2/22 | Coconino National Forest Stage 2 Fire Restrictions |
| 2 | Stipulated | 11/2/22 | Prescott National Forest Stage 2 Fire Restrictions |
| 3 | Stipulated | 11/2/22 | Map -- Coconino National Forest |
| 4 | Stipulated | 11/2/22 | Map -- Prescott National Forest |
| 5 | Stipulated | 11/2/22 | Map -- Blowup of Area With Fire Locations Marked |
| 6 | Stipulated | 11/2/22 | LEO M. O'Neil Body Camera Video -- Airport (Powers) |
| 7 | Stipulated | 11/2/22 | LEO M. O'Neil Body Camera Video -- Hospital (Powers) |
| 8 | Stipulated | 11/2/22 | LEO M. O'Neil Body Camera Video -- Sedona, AZ (Powers) |
| 9 | Stipulated | 11/2/22 | LEO M. O'Neil Body Camera Video -- Inventory of Powers' Backpack |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 21-04310    Judge Code CDB    Date 11/02/2022
            Year Case No. Deft No.

USA v. Powers III, Philip Alejandro
       Last         First      Middle

☑ Government                              ☐ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 10 | | | LEO M. O'Neil Body Camera Video -- Repacking Powers' Backpack |
| 11 | Stipulated | 11/2/22 | Photographs of Sycamore Fire |
| 12 | Stipulated | 11/2/22 | Photographs of Sycamore 2 Fire |
| 13 | Stipulated | 11/2/22 | Photographs of Taylor Fire |
| 14 | Stipulated | 11/2/22 | Two pages of "A Falcon's Guide" from Powers to M. O'Neil |
| 15 | Stipulated | 11/2/22 | Photographs of Powers' Backpack and Contents |
| 16 | Stipulated | 11/2/22 | Powers' Photos on Hike Sent to M. O'Neil |
| 17 | Stipulated | 11/2/22 | Trail Log |
| 18 | Stipulated | 11/2/22 | Photographs of Trail and Trailhead Parking Lot |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number CR- 21-04310    Judge Code CDB    Date 11/02/2022
            Year Case No. Deft No.

USA v. Powers III, Philip Alejandro
       Last         First        Middle

☑ Government                              ☐ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 19 | | | Wildland Fire and Origin Report |
| 20 | | | LEO M. O'Neil's Statement of Qualifications |
| 21 | | | USA v. Philip Alejandro Powers Complaint/Affidavit |
| 22 | | | Fire Dispatch Log |
| 23 | Stipulated 11/2/22 | | Pages from "A Falcon's Guide" pertaining to Taylor Cabin Loop |
| | | | |
| | | | |
| | | | |
| | | | |