**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 21-04310-MJ-01-PCT-CDB |
| Plaintiff, | |
| v. | **MINUTE ORDER** |
| Philip Alejandro Powers, III, | |
| Defendant. | |

IT IS HEREBY ORDERED scheduling the entry of Judgement and possible Sentencing for Monday, February 13, 2023 at 1:30 p.m. before Magistrate Judge Camille D. Bibles in the First Floor Courtroom, 123 N. San Francisco Street, Phoenix, Arizona 86001.

Dated this 5th day of January, 2023.

Camille D. Bibles
United States Magistrate Judge