**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** February 13, 2023 |
| **USA v. Philip Alejandro Powers, III** | **Case Number:** 21-04310MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Paul V. Stearns
**Attorney for Defendant:** Sarah Kosnoff Erlinder, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ **Present** ☐ **Not Present** ☒ **Released** ☐ **Custody** ☐ **Summons** ☐ **Writ**

**JUDGEMENT AFTER TRIAL:** Court FINDS Defendant guilty to Count 1, Count 2, Count 3, Count 4, Count 5, Count 6 and Court 7 of the Complaint.

**SENTENCING**

☒ Defendant is placed on a period of supervised Probation for a term of One (1) Year on each count. Sentences for each count shall run concurrently.

☒ Special Assessment $70.00.  Assessment is payable by March 13, 2023.

   ☒ Fine  WAIVED  ☒  Restitution $293,413.71

**Recorded By** Courtsmart
**Deputy Clerk** Christina Davison

**Sent   26 min**

**Start: 1:32 pm and 2:12 pm**
**Stop: 2:00 pm and 2:30 pm**