IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br><br>                    **Plaintiff,**<br><br>    v.<br><br>**Philip Alejandro Powers III,**<br><br>                    **Defendant.** | *PETTY*<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>No.  21-04310-MJ-001-PCT-CDB<br><br>Sarah Kosnoff Erlinder (AFPD)<br>Attorney for Defendant |

**AFTER TRIAL, THE COURT FINDS THE DEFENDANT** guilty on 2/13/23 to Count 1, Count 2, Count 3, Count 4, Count 5, Count 6 and Court 7 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating 18 U.S.C. 1856, Fires Left Unattended and Unextinguished, a Class B Petty Offense, as charged in Count 1, 36 CFR 261.52(a) Violation of Fire Restriction, a Class B Petty Offense, as charged in Count 2, 36 CFR 261.52(a) Violation of Fire Restriction, a Class B Petty Offense, as charged in Count 3, 36 CFR 261.52(a) Violation of Fire Restriction, a Class B Petty Offense, as charged in Count 4, 36 CFR 261.10, Causing Timber to Burn without a Permit, a Class B Petty Offense, as charged in Count 5, Causing Timber to Burn without a Permit, a Class B Petty Offense, as charged in Count 6 and Causing Timber to Burn without a Permit, a Class B Petty Offense, as charged in Count 7.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on **SUPERVISED PROBATION** for a term of **ONE (1) YEAR** on Count 1, Count 2, Count 3, Count 4, Count 5, Count 6, and Count 7.  Sentences for each count shall run concurrently.  The defendant shall report to the probation office within 72 hours of sentencing.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $70.00        **FINE:** WAIVED        **RESTITUTION:** $293,413.71

The defendant shall pay a special assessment of $70.00 which shall be due March 13, 2023.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The defendant shall pay restitution to the following victim(s) in the following amount(s):  United States Forest Service, ASC B&F Billings and Collections Branch, Attn: B&F Collections Officer, 101B Sun Ave. NE, Albuquerque, NM 87109 in the amount of $293,413.71. Having assessed the defendant's ability to pay, payments of the total criminal monetary penalties are due as follows: Balance is due in equal

Case 3:21-mj-04310-CDB   Document 38   Filed 02/14/23   Page 2 of 4

21-04310-MJ-001-PCT-CDB                                                                          Page 2 of 4
USA vs. Philip Alejandro Powers III

monthly installments of $200.00 over a period of time to commence 60 days after the date of this judgment.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $70 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $20.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1, Count 2, Count 3, Count 4, Count 5, Count 6, and Count 7 of the Complaint.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, (10) costs, including cost of prosecution and court costs.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## PROBATION

It is ordered that while on probation, the defendant must comply with the mandatory and standard conditions of supervision as adopted by this court, in General Order 17-18, which incorporates the requirements of USSG §§ 5B1.3 and 5D1.2. Of particular importance, the defendant must not commit another federal, state, or local crime during the term of supervision. Within 72 hours of sentencing or release from the custody of the Bureau of Prisons the defendant must report in person to the Probation Office in the district to which the defendant is released. The defendant must comply with the following conditions:

## MANDATORY CONDITIONS

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted.
3) You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

## STANDARD CONDITIONS

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of sentencing or your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

Case 3:21-mj-04310-CDB   Document 38   Filed 02/14/23   Page 3 of 4

21-04310-MJ-001-PCT-CDB                                                                         Page 3 of 4
USA vs. Philip Alejandro Powers III

2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4) You must answer truthfully the questions asked by your probation officer.
5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk
13) You must follow the instructions of the probation officer related to the conditions of supervision.

Case 3:21-mj-04310-CDB   Document 38   Filed 02/14/23   Page 4 of 4

21-04310-MJ-001-PCT-CDB                                                                Page 4 of 4
USA vs. Philip Alejandro Powers III

## SPECIAL CONDITIONS

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
2. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
3. You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.
4. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines or special assessments.
5. To the extent the probation officer determines you are reasonably able to pay the costs of doing so, you must participate in an approved hiking or outdoor recreation safety certification course.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of Court in Phoenix, Arizona, within fourteen (14) days from the entry of judgment.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

Date of Imposition of Sentence:  **Monday, February 13, 2023**

    Dated this 14th day of February, 2023.

_____
Camille D. Bibles
United States Magistrate Judge