JON M. SANDS
Federal Public Defender
SARAH K. ERLINDER #027741
Assistant Federal Public Defender
123 N. San Francisco Street, Suite 204
Flagstaff, AZ 86001
Telephone: (928) 213-1942
Fax: (928) 213-1946
Sarah_Erlinder@fd.org
*Attorneys for Defendant Powers*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 21-04310-MJ-001-PCT-CDB |
| Plaintiff, | **Notice of Appeal to District Judge from Judgment Entered by Magistrate Judge** |
| vs. | |
| Philip Alejandro Powers III, | |
| Defendant. | |

Notice is hereby given that Philip Alejandro Powers III, defendant in the above-named case, pursuant to Federal Rule of Criminal Procedure 58(g)(2)(B) appeals to a United States District Judge from the Judgment entered by the United States Magistrate Judge Camille D. Bibles on February 14, 2023 (Dkt. #38).

Respectfully submitted:   February 17, 2023.

JON M. SANDS
Federal Public Defender

 *s/ Sarah K. Erlinder*
SARAH K. ERLINDER
Assistant Federal Public Defender
*Attorney for Defendant Powers*

1  Copy of the foregoing transmitted
   by CM/ECF for filing and served
2  on February 17, 2023, to:

3
   Honorable Camille D. Bibles
4  United States Magistrate Court
   123 N. San Francisco Street, Suite 200
5  Flagstaff, AZ 86001

6
   Paul V. Stearns
7  Assistant United States Attorney
   123 N. San Francisco Street, Suite 410
8  Flagstaff, AZ 86001

9
   Copy mailed to:
10 Philip Alejandro Powers III, Defendant

11
     s/ A.R.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26